PROB 12B
(7/93)

22

# United States District Court

## for the

### Eastern District of Oklahoma

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

06 JAN 31 PM 2: 36

WILLIAM B. GUTHRIE, CLERK

BY_____
DEPUTY CLERK

Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Randal Ashlin                Case Number CR-02-028-001-S

Name of Sentencing Judicial Officer: Honorable Frank H. Seay

Date of Original Sentence: August 28, 2002

Original Offense: Ct.1 Travel in Interstate Commerce with Intent to Engage in a Sexual Act with a Juvenile, 18:2423

Original Sentence: Fifty One (51) months in BOP, followed by thirty-six (36) months TSR

Type of Supervision: TSR                Date Supervision Commenced: December 1, 2005

## PETITIONING THE COURT

[ ]  To extend the term of supervision for years, for a total term of years.
[X]  To modify the conditions of supervision as follows:

The defendant shall submit to a search conducted by a United States Probation Officer of your person, residence, vehicle, office, and /or business at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation or a condition of release. Failure to submit to a search may be grounds for revocation. You shall not reside at any location without having first advised other residents that the premises may be subject to searches pursuant to this condition. Additionally, you shall obtain written verification from other residents that said residents acknowledge the existence of this condition and that their failure to cooperate could result in revocation. This acknowledgment shall be provided to the U.S. Probation Officer immediately upon taking residency.

## CAUSE

Based on the nature of his crime and the history reported in the defendant's pre-sentence report, the defendant is viewed as a high risk offender. It is noted that the defendant was recently arrested by Tulsa Police on a outstanding warrant issued in 2002. This is a fraud related offense and it is anticipated that he will return to reside in the Northern District of Oklahoma following disposition of the case. The modifications will aid the probation office in their efforts to supervise the defendant.

Respectfully submitted,

by _____
Myrion Milton
U.S. Probation Officer
Date: 01-30-06

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

Date  1/31/06

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

## UNITED STATES DISTRICT COURT
## for the
## NORTHERN DISTRICT OF OKLAHOMA

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation or Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation or Supervised Release or to the proposed extension of my term of supervision:

The defendant shall submit to a search conducted by a United States Probation Officer of his person, residence, vehicle, office and/or business at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for revocation. The defendant shall not reside at any location without having first advised other residents that the premises may be subject to searches pursuant to this condition. Additionally, the defendant shall obtain written verification from other residents that said residents acknowledge the existence of this condition and that their failure to cooperate could result in revocation. This acknowledgment shall be provided to the U. S. Probation Office immediately upon taking residency.

Witness: _____  Signed: _____
U.S. Probation Officer           Probationer or Supervised Releasee

12/2/05
Date

Signed: _____   _____
Assistant U.S. Attorney           Date